UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>JEFFREY LEE FITZHUGH,<br>        Defendant. | Case No.: 20CR3596 WQH<br><br>**ORDER** |

HAYES Judge:

The matter before the Court is the exclusion of time from October 17, 2022 to November 21, 2022, pursuant to 18 U.S.C. § 3161(h)(7).

On October 17, 2022, the Court conducted a hearing on the motions in limine and other pretrial matters in conjunction with the jury trial scheduled for October 18, 2022. At the conclusion of the hearing, the Court found that the interests of justice required the Court to vacate the trial date and set a status conference for November 21, 2022.

"[A]n ends of justice exclusion must be (1) specifically limited in time and (2) justified on the record with reference to the facts as of the time the delay is ordered." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1154 (9th Cir. 2000) (quotations and emphasis omitted). In addition to the Court's findings made during the October 17, 2022 hearing, the Court makes the following factual findings, which apply to the exclusion of time from October 17, 2022 to November 21, 2022:

|   |   |
|---|---|
| 1 | Plaintiff United States requested leave to file motions in limine in excess of the 25- |
| 2 | page limit in Southern District of California Local Rule 47.1. (ECF No. 98.) The granted |
| 3 | the motion (ECF No. 101), and, on October 4, 2022 and October 11, 2022, Plaintiff filed |
| 4 | motions in limine totaling 44 pages. (ECF Nos. 108, 109.) At the hearing on October 17, |
| 5 | 2022, the Court addressed all pending motions in limine and deferred ruling on multiple |
| 6 | motions. |
| 7 | At the hearing on October 17, 2022, Defendant, who is representing himself, stated |
| 8 | that he was not prepared for the jury trial scheduled on October 18, 2022. Defendant stated |
| 9 | that he required more time to prepare and research legal issues, including jury instructions. |
| 10 | At the hearing, the Court inquired into Defendant's statement that he was not prepared, and |
| 11 | Defendant stated that he was requesting a continuance of the trial date. The Court granted |
| 12 | Defendant's request, vacated the October 18, 2022 trial date, and set a status hearing for |
| 13 | November 21, 2022. |
| 14 | Defendant has previously raised the issue of his limited access to the law library in |
| 15 | the facility (or facilities) in which he has been housed. (*See, e.g.*, ECF No. 95.) As discussed |
| 16 | at the October 17, 2022 hearing, the Court orders Plaintiff United States to provide the |
| 17 | Court with all records—from October 17, 2022 and continuing until the date of trial—of |
| 18 | each of Defendant's requests for law library access (including the date of each request), |
| 19 | whether and when each request was granted, and the dates and hours when Defendant was |
| 20 | in the law library. |
| 21 | Plaintiff United States indicated that the case agent in this matter would be beginning |
| 22 | a period of leave during the week of October 24, 2022. At the status hearing on November |
| 23 | 21, 2022, Plaintiff and Defendant shall be prepared to address a new trial date in light of |
| 24 | the availability of all necessary witnesses. |
| 25 | Based upon Defendant's request for a continuance, Defendant's asserted need to |
| 26 | conduct further research necessary for effective trial preparation, and the pending motions |
| 27 | which have been taken under advisement, the Court finds that the ends of justice served by |
| 28 | the granting of Defendant's requested continuance outweigh the best interests of the public |

and the Defendant in a speedy trial. The Court finds that the continuance will enable Defendant, who has availed himself of his right to represent himself, reasonable time necessary for effective preparation, taking into account the exercise of due diligence by Defendant. The Court further finds that the failure to grant Defendant's requested continuance of the October 18, 2022 trial date would likely have resulted in a miscarriage of justice.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time is excluded under the Speedy Trial Act from October 17, 2022 through November 21, 2022.

Dated:  October 19, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court